IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00098-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACKARY HELSEL,<br><br>Defendant. | ORDER |

This matter comes before the court on the parties' Joint Motion for Entry of Consent Order for Restitution [DE 50]. For good cause shown, the motion is GRANTED, and the court ORDERS that no restitution is owed in the above-captioned case. The Clerk of Court is DIRECTED to amend the judgment accordingly. The restitution hearing scheduled for August 31, 2026, is TERMINATED.

SO ORDERED this 19th day of August, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE